UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANGEL RUDDY MARQUEZ
PEREZ,

    Plaintiff,

v.                                Case No.: 6:26-cv-00228-GAP-DCI

LOUIS A. QUINONESJR.,
IMMIGRATION & CUSTOMS
ENFORCEMENT (ICE),
DEPARTMENT HOMELAND
SECURITY, ICE FIELD OFFICE
DIRECTOR, ORLANDO FIELD
OFFICE,

    Defendants,
_____/

## ORDER

On January 28, 2026, counsel for Angel Ruddy Marquez Perez ("Perez") filed an Emergency Petition for Writ of Habeas Corpus (Doc. 1), followed by an Emergency Motion for Temporary Restraining Order ("TRO") (Doc. 2). The same day, the Court concluded that Petitioner's immigration detention was likely unlawful and entered a TRO prohibiting Respondents from transferring Perez out of the Orange County Jail until further order of the Court (Doc. 4).

With respect to the Petition for Writ of Habeas Corpus pending before me, the Court finds that:

(1) Perez is in custody under or by color of the authority of the United States, *i.e.*, Immigration and Customs Enforcement ("ICE"); and

(2) As noted in the Court's TRO, Perez's detention is likely unlawful.

Therefore, it is **ORDERED** that the United States Government, by its Agent ICE, shall **SHOW CAUSE in writing by February 5, 2026**, why the Writ should not be granted. In its response, the Government must specify the legal basis for Perez's detention; specifically, why his detention is not governed by 8 U.S.C. § 1226. *See, e.g., Rivero v. Sheriff John Mina et al*, 6:26-cv-66-RBD-NWH, Doc. 15 (M.D. Fla. Jan. 26, 2026).

**TAKE NOTICE** that a hearing on this matter is scheduled for **2:00 PM on February 9, 2026**, before the undersigned.

It is further **ORDERED** that the federal respondents **shall produce Petitioner in person** for the hearing on February 9, 2026.

**The Clerk is directed to send a copy of this Order to the parties listed below.**

**DONE** and **ORDERED** in Orlando, Florida on January 29, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record and

    (1) ICE (attn to the Assistant Field Office Directors) via email at

        MIAAOR-Habeas-DG@ice.dhs.gov.

    (2) US Attorney's Office
        USAFLM.Orlando2241@usdoj.gov.

        Office of the United States Attorney
        400 W. Washington Street
        Suite 3100
        Orlando, Florida 32801

    (3) Orange County Jail / Warden's Office (main office email):

        michele.carpentieree@ocfl.net
        Warden, Orange County Jail
        Corrections Administration,
        3273 Vision Blvd,
        Orlando, Florida, 32839

        Orange County Corrections Dept.
        Louis A. Quinones, Jr., Chief
        P. O. Box 4970,
        Orlando, Florida 32802-4970

    (4) Kristi Noem, Secretary,

        Office of the General Counsel,
        United States Department of Homeland Security
        2707 Martin Luther King, Jr. Ave, SE
        Washington, D.C., 20528

    (5) Garrett Ripa, Miami Field Office Director,

        United States Immigration and Customs Enforcement

       865 SW 78th Avenue, Suite 101
       Plantation, Florida, 33324

(6) USMS via email at usms-mfl-orl@usdoj.gov